UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 05-30046 MAP |
| ) | |
| ) | VIOLATIONS: |
| ) | |
| ) | 21 U.S.C. § 841(a)(1) - |
| ) | Possession with Intent to |
| ) | Distribute and |
| ) | Distribution of Cocaine |
| v.    ) | Base (Counts One, Three, |
| ) | and Four) |
| ) | |
| ) | 21 U.S.C. § 841(a)(1) - |
| ) | Possession with Intent to |
| ) | Distribute and |
| ) | Distribution of Cocaine |
| ) | Hydrochloride (Count Two) |
| ) | |
| EDUARDO PAGAN,    ) | 21 U.S.C. § 853 - |
| Defendant    ) | Forfeiture Allegation |

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE:**   Title 21, United States Code, Section 841(a)(1) - Possession with the Intent to Distribute and Distribution of Cocaine Base

On or about October 8, 2004, at approximately 5:30 p.m., in the city of Springfield, in the District of Massachusetts,

**EDUARDO PAGAN**

the Defendant herein, did knowingly and intentionally possess with the intent to distribute and distribute a quantity of cocaine base in the form of crack cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

1

**COUNT TWO:**   **Title 21, United States Code, Section 841(a)(1) - Possession with the Intent to Distribute and Distribution of Cocaine**

On or about October 8, 2004, in the city of Springfield, in the District of Massachusetts,

**EDUARDO PAGAN**

the Defendant herein, did knowingly and intentionally possess with the intent to distribute and distribute a quantity of cocaine hydrochloride, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT THREE:**   Title 21, United States Code, Section 841(a)(1) - Possession with the Intent to Distribute and Distribution of Cocaine Base

On or about October 8, 2004, at approximately 7:30 p.m., in the city of Springfield, in the District of Massachusetts,

**EDUARDO PAGAN**

the Defendant herein, did knowingly and intentionally possess with the intent to distribute and distribute a quantity of cocaine base in the form of crack cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT FOUR:**    Title 21, United States Code, Section 841(a)(1) - Possession with the Intent to Distribute and Distribution of Cocaine Base

On or about November 8, 2004, in the city of Springfield, in the District of Massachusetts,

**EDUARDO PAGAN**

the Defendant herein, did knowingly and intentionally possess with the intent to distribute and distribute a quantity of cocaine base in the form of crack cocaine, a Schedule II controlled substance.

The possession with the intent to distribute and distribution of cocaine base described in Count Four of the Indictment involved five grams or more of a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II Controlled Substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) applies to Count Four.

All in violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATION
## (21 U.S.C. § 853)

1.  As a result of the offenses alleged in Counts One through Four of this Indictment,

EDUARDO PAGAN,

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the offenses, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

2.  If any of the properties described in paragraph 1, above, as a result of any act or omission of the defendant -

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
Paul Hart Smyth
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS: _____JUNE 9_____, 2005

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK OF THE COURT
4:00 pm

6

JS 45 (5/97) - (Revised USAO MA 6/29/04)

## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

Place of Offense: _____   Category No. __II__   Investigating Agency __FBI__

City __Springfield__   Related Case Information:

County __Hampden__   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Eduardo Pagan, Jr.__   Juvenile ☐ Yes  [X] No

Alias Name __Edward Pagan__

Address __61 Robert Dyer Circle, Springfield, MA__

Birth date (Year only): __1978__   SSN (last 4 #): __6959__   Sex __M__   Race: __Hispanic__   Nationality: _____

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Paul H. Smyth__   Bar Number if applicable __634600__

Interpreter: ☐ Yes  [X] No   List language and/or dialect: _____

Matter to be SEALED:  [X] Yes  ☐ No

[X] Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document:  ☐ Complaint   ☐ Information   [x] Indictment

Total # of Counts:  ☐ Petty _____   ☐ Misdemeanor _____   [x] Felony __4__

**Continue on Page 2 for Entry of U.S.C. Citations**

[x] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: June 9, 2005   Signature of AUSA: _____

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Eduardo Pagan

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21:841(a)(1) | Possess. w/intent / distr. of cocaine base | 1,3,4 |
| Set 2  21:841(a)(1) | Possess. w/int. / distr. cocain. hydrochloride | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**