AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF  Massachusetts

UNITED STATES OF AMERICA

V.

EDUARDO PAGAN

**SEALED** WARRANT FOR ARREST

CASE NUMBER: 05-30046 MAP

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest       Eduardo Pagan
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
Distribution of Cocaine Base; possession with intent to distribute and distribution of cocaine base.

in violation of
Title           21           United States Code, Section(s)  841a1

Kenneth P. Neiman                              United States Magistrate Judge
Name of Issuing Officer                         Title of Issuing Officer

/s/ Kenneth P. Neiman                           June 9, 2005  Springfield, Mass.
Signature of Issuing Officer                    Date and Location

Bail fixed at $ _____ by _____
                                     Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at  11 Putnam Circle, Springfield, MA

| DATE RECEIVED 6/9/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6/15/05 | SFO Robert Lockett, JR | /s/ |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Eduardo Pagan

ALIAS:

LAST KNOWN RESIDENCE: 61 Robert Dyer Circle, Springfield, MA

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year): 00-00-1978

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 6959

HEIGHT: _____  WEIGHT: _____

SEX: Male  RACE: Hispanic

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: