UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V. )<br>)<br>EDUARDO PAGAN )<br>) | CRIMINAL NO. 05-30046MAP |

## MOTION TO RECONSIDER DETENTION STATUS

Now comes the defendant in the above-titled matter and moves that this Honorable Court reconsider his detention status.

In support of this Motion the undersigned states:

1. Defendant has no history of violence, and is not a threat to the community;
2. Defendant has roots in the community, has always appeared for court prior to detention, and poses no risk of flight;
3. Prior to detention, defendant was gainfully employed; and
4. If released pending trial, defendant is able to reside with his brother, Roberto Pagan, at 322 Maple Street, Springfield. Roberto Pagan is gainfully employed, has no criminal record, and is willing to accommodate Eduardo Pagan.

Wherefore, defendant moves that this Honorable Court reconsider his detention status and release him pending trial.

1

Defendant respectfully requests a hearing on this motion.

_____
Robert H. Astor, Esquire
Attorney for Eduardo Pagan
1145 Main Street
Springfield, MA 01103
(413) 781-1144
(413) 737-0377 FAX
BBO# 023120

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail (by hand) on 6/20/05