UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CRIMINAL NO. 05-30046MAP |
| | ) | |
| EDUARDO PAGAN | ) | |

**NOTICE OF CHANGE OF ATTORNEY ADDRESS**

To the Clerk:

    Notice of a change of address is hereby given and is effective July 26, 2005 as follows:

    Robert H. Astor
    1441 Main Street, Suite 900
    Springfield, MA 01103
    Telephone: (413) 781-1144
    Telefax: (413) 747-8044

A copy of this notice has been forwarded to all counsel of record.

Robert H. Astor, Esquire
Attorney for the Defendant
1441 Main Street, Suite 900
Springfield, MA 01103
(413) 781-1144
(413) 747-8044 Fax
BBO# 023120