UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 05-30046-MAP |
| | ) | |
| | ) | |
| EDUARDO PAGAN, | ) | |
|       Defendant | ) | |

INTERIM SCHEDULING ORDER
August 11, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the Status Conference this day:

1.  An interim status conference will be held on September 28, 2005, at 12:45 p.m. in Courtroom III.

2.  On or before the close of business, September 26, 2005, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

                                          /s/   Kenneth P. Neiman
                                          KENNETH P. NEIMAN
                                          U.S. Magistrate Judge