UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>)<br>v.                                                         )<br>)<br>)<br>EDUARDO PAGAN,                            )<br>          Defendant                        ) | Criminal No. 05-30046-MAP |

INITIAL STATUS REPORT
August 11, 2005

NEIMAN, U.S.M.J.

The court held an initial Status Conference this day pursuant to Local Rule 116.5 and the court reports as follows:

1. The court has established an interim schedule as outlined in the Interim Scheduling Order issued this day.

2. The court has scheduled an Interim Status Conference for September 28, 2005.

3. The parties -- and the court -- have agreed and determined that no time will have run on the Speedy Trial Clock through September 28, 2005. A separate order shall issue.

4. There are no other matters to report relevant to the progress or resolution of the case.

/s/  Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge