UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
        v.                  )   CRIMINAL NO. 05-cr-30046-MAP
                            )
EDUARDO PAGAN,              )
    Defendant.              )
                            )

                    JOINT MOTION FOR A CONTINUANCE

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, and the Defendant, through his counsel Attorney Robert Astor, respectfully request this Court to continue this case for a status conference on October 26, 2005 at 2 p.m.

In support of this motion the government states that Attorney Astor needs more time to review the discovery with the Defendant and to prepare pretrial motions.  This process has been hampered by obstacles - both technological and logistical - to viewing the evidence (video recording stored on DVD).  A brief continuance is in the interests of justice.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                        By:   /s/ Paul Hart Smyth
                              _____
                              Paul Hart Smyth
                              Assistant U.S. Attorney

                              /s/ Robert Astor
                              Robert Astor, Esq.
                              Counsel for Eduardo Pagan

Dated: September 26, 2005