UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CRIMINAL NO. 05-CR-30046MAP |
| | ) | |
| EDUARDO PAGAN | ) | |

NOTICE OF APPEAL
(REQUEST FOR HEARING)

Now comes the defendant pursuant to Rule 58(g)(2) of the Federal Rules of Criminal Procedure and files a Notice of Appeal of the October 6, 2005 decision of the Honorable Magistrate Kenneth Neiman ordering that defendant Eduardo Pagan to be detained in connection with the above-titled matter.

Defendant respectfully requests that a hearing be held in connection with this Appeal.

Respectfully submitted,
Eduardo Pagan
By His attorney

Robert H. Astor, Esquire
Attorney for the Defendant
1441 Main Street, Suite 900
Springfield, MA 01103
(413) 781-1144
(413) 747-8044 FAX
BBO# 023120

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail (by hand) on 10/11/05