# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
                                  )
              v.                  )          Criminal No. 05-30046-MAP
                                  )
                                  )
EDUARDO PAGAN,                    )
                  Defendant       )

## INTERIM SCHEDULING ORDER
October 26, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the Status Conference this day:

1.      A final status conference will be held on December 8, 2005, at 12:30 p.m. in

Courtroom III.

2.      On or before the close of business, December 6, 2005, a joint memorandum

addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be

filed with the court.

IT IS SO ORDERED.

                                  /s/   Kenneth P. Neiman
                                  KENNETH P. NEIMAN
                                  U.S. Magistrate Judge