UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | Criminal No. |
|---|---|---|
| | ) | |
| | ) | <u>VIOLATIONS</u>: |
| | ) | |
| | ) | 21 U.S.C. § 841(a)(1) - |
| | ) | Possession with Intent to |
| | ) | Distribute and |
| | ) | Distribution of Cocaine |
| v. | ) | Base (Counts One, Three, |
| | ) | and Four) |
| | ) | |
| | ) | 21 U.S.C. § 841(a)(1) - |
| | ) | Possession with Intent to |
| | ) | Distribute and |
| | ) | Distribution of Cocaine |
| | ) | Hydrochloride (Count Two) |
| | ) | |
| | ) | 18 U.S.C. § 922(g) - |
| EDUARDO PAGAN, | ) | Felon in Possession of |
| Defendant. | ) | Ammunition (Count Five) |

<u>SUPERSEDING INDICTMENT</u>

The Grand Jury charges:

<u>COUNT ONE</u>:   **Title 21, United States Code, Section 841(a)(1) - Possession with the Intent to Distribute and Distribution of Cocaine Base**

On or about October 8, 2004, at approximately 5:30 p.m., in the city of Springfield, in the District of Massachusetts,

**EDUARDO PAGAN**

the Defendant herein, did knowingly and intentionally possess with the intent to distribute and distribute a quantity of cocaine base in the form of crack cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

<u>COUNT TWO</u>:   Title 21, United States Code, Section 841(a)(1) -
          Possession with the Intent to Distribute and
          Distribution of Cocaine Hydrochloride

On or about October 8, 2004, in the city of Springfield, in the District of Massachusetts,

### EDUARDO PAGAN

the Defendant herein, did knowingly and intentionally possess with the intent to distribute and distribute a quantity of cocaine hydrochloride, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

<u>**COUNT THREE**</u>:   Title 21, United States Code, Section 841(a)(1) - Possession with the Intent to Distribute and Distribution of Cocaine Base

On or about October 8, 2004, at approximately 7:30 p.m., in the city of Springfield, in the District of Massachusetts,

**EDUARDO PAGAN**

the Defendant herein, did knowingly and intentionally possess with the intent to distribute and distribute a quantity of cocaine base in the form of crack cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

<u>COUNT FOUR</u>:     Title 21, United States Code, Section 841(a)(1) - Possession with the Intent to Distribute and Distribution of Cocaine Base

On or about November 8, 2004, in the city of Springfield, in the District of Massachusetts,

**EDUARDO PAGAN**

the Defendant herein, did knowingly and intentionally possess with the intent to distribute and distribute a quantity of cocaine base in the form of crack cocaine, a Schedule II controlled substance.

The possession with the intent to distribute and distribution of cocaine base described in Count Four of the Indictment involved five grams or more of a mixture and substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II Controlled Substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) applies to Count Four.

All in violation of Title 21, United States Code, Section 841(a)(1).

<u>COUNT FIVE</u>:   **Title 18, United States Code, Section 922(g)(1) - Possession of Ammunition by a Convicted Felon**

On or about June 15, 2005, in Hampden County, in the District of Massachusetts,

**EDUARDO PAGAN,**

the Defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly did possess, in or affecting interstate commerce, the following ammunition:

- .45 caliber rounds of ammunition

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
Paul Hart Smyth
Assistant United States Attorney



DISTRICT OF MASSACHUSETTS: December 8, 2005 at 10:00 am

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK OF THE COURT

6

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

Place of Offense: _____  Category No. __II__  Investigating Agency __FBI__

City __Springfield__    Related Case Information:

County __Hampden__    Superseding Ind./ Inf. __X__    Case No. __05-cr-30046__
Same Defendant __yes__    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Eduardo Pagan, Jr.__    Juvenile  ☐ Yes  ☒ No

Alias Name __Edward Pagan__

Address __11 Putnam Circle, Springfield, MA__

Birth date (Year only): __1978__  SSN (last 4 #): __6959__  Sex __M__  Race: __Hispanic__  Nationality: _____

Defense Counsel if known: __Robert Astor__    Address: __1441 Main Street, Springfield, MA__

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Paul H. Smyth__    Bar Number if applicable __634600__

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

Location Status:

Arrest Date: __June 15, 2005__

☒ Already in Federal Custody as __pretrial detainee__ in __Franklin County Corrections__
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty ___  ☐ Misdemeanor ___  ☒ Felony __5__

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __12/8/05__    Signature of AUSA: _[signature]_

◆JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Eduardo Pagan

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21:841(a)(1) | Possess. w/intent to dist. & distr. of Coc. Base | 1,3,4 |
| Set 2 | 21:841a1 | Possess. w/intent to dist. & distr. of cocaine | 2 |
| Set 3 | 18:922(g)(1) | Felon in possession of ammunition | 5 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: