UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v.           )<br>           )<br>EDUARDO PAGAN,       )<br>           Defendant   ) | Criminal No. 05-30046-MAP |

INTERIM SCHEDULING ORDER
December 13, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the Status Conference this day:

1. A final status conference will be held on January 20, 2006, at 2:00 p.m. in Courtroom III.

2. On or before the close of business, January 18, 2006, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

/s/   Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge