UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-30046-MAP |
| | ) | |
| EDUARDO PAGAN, | ) | |
| Defendant | ) | |

INTERIM STATUS REPORT
December 13, 2005

NEIMAN, U.S.M.J.

The court held a Status Conference this day and, in accord with Local Criminal Rule 116.5(B), reports as follows:

1. The court has established a schedule as outlined in the Interim Scheduling Order issued this day.

2. The court has scheduled a final Status Conference for January 20, 2006.

3. The parties assert in their status report and the court agrees that no time has run on the speedy trial clock to date. An order of excludable delay shall issue.

4. There are no other matters to report relevant to the progress or resolution of the case.

/s/   Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge