UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
)
)
v. ) Criminal No. 05-30046-MAP
)
)
EDUARDO PAGAN, )
Defendant )

FINAL STATUS REPORT
January 20, 2006

NEIMAN, U.S.M.J.

The court held a final status conference this day and, in accord with Local Criminal Rule 116.5(D), reports as follows:

1. All discovery has been completed.

2. An initial pretrial conference has been scheduled for February 9, 2006, at 3:30 p.m. in Courtroom I. It is unlikely that Defendant will file a dispositive motion. The parties estimate that a trial, if necessary, will take approximately five days.

3. Defendant does not intend to raise a defense of insanity or public authority.

4. The parties -- and the court -- agree that, as of today, no time has run on the Speedy Trial clock. The parties will be filing a motion to that effect.

5. There are no other matters relevant to the progress or resolution of the case.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Kenneth P. Neiman

KENNETH P. NEIMAN
U.S. Magistrate Judge