UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 05-30046-GAO |
| | ) | |
| | ) | 21 U.S.C. § 851(a)(1)- |
| v. | ) | (Sentence Enhancement for |
| | ) | Prior Drug Conviction) |
| | ) | |
| | ) | |
| EDUARDO PAGAN, | ) | |
| Defendant. | ) | |

### INFORMATION

Comes now the United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Paul Hart Smyth, Assistant United States Attorney, pursuant to Title 21, United States Code, Section 851(a)(1), and states that it is the intent of the United States to rely upon a previous felony drug conviction of the Defendant Eduardo Pagan to increase the punishment that may be imposed by this Court upon the Defendant's conviction for the drug offenses alleged in Count four of the Superseding Indictment in the above-captioned matter.

The prior felony convictions upon which the Government intends to rely regarding Defendant Pagan are the following:
1) felony convictions of guilty for illegal sale of narcotics, Docket Number CR99-0277847, entered on April 16, 1999, in Superior Court of COnnnecticutt.

A certified copy of the convictions have been ordered and

will be maintained by the undersigned attorney for the government when received.

    Filed this 28 day of March, 2006.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                                /s/ Paul Hart Smyth
                                _____
                                Paul Hart Smyth
                                Assistant U.S. Attorney
                                Springfield Branch Office

<u>CERTIFICATE OF SERVICE</u>

Hampden, ss.                                  Springfield, Massachusetts
                                              March 28, 2006

    I, Paul Hart Smyth, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mailing said motion to all counsel of record.

                                          /s/ Paul Hart Smyth
                                          _____
                                          Paul Hart Smyth
                                          Assistant United States Attorney