# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CRIMINAL NO. 05-30046MAP |
| | ) | |
| EDUARDO PAGAN | ) | |

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

Now come the parties in the above-titled matter and move this Honorable Court to reschedule the status conference in the above-titled matter from Monday, April 10 to any date on or after May 8, 2006.

In support of this Motion counsel state:

1. They are attempting to resolve outstanding discovery issues; and

2. Additional time is required before any meaningful case status can be reported to the court.

Wherefore, counsel request that this Honorable Court continue the status conference.

With Assent                                              Respectfully submitted,

/S/                                                      /S/
_____          _____
Paul Hart Smyth, Esquire                                 Robert H. Astor, Esquire
Assistant United States Attorney                         Attorney for Eduardo Pagan
Federal Building and Courthouse                          1441 Main Street, Suite 900
1550 Main Street, Room 310                               Springfield, MA 01103
Springfield, MA 01103                                    (413) 781-1144
(413) 785-0235                                           (413) 747-8044 FAX
(413) 785-0394 FAX                                       BBO# 023120

PDF created with pdfFactory trial version www.pdffactory.com