## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CRIMINAL NO. 05-30046MAP |
| | ) | |
| EDUARDO PAGAN | ) | |

### JOINT MOTION TO CONTINUE STATUS CONFERENCE

Now come the parties in the above-titled matter and move this Honorable Court to reschedule the status conference in the above-titled matter from Wednesday, May 10 to Wednesday, June 7, 2006.

In support of this Motion counsel state:

1. Arrangements have been made for defendant's toxicologist to meet with officials of the Drug Enforcement Agency in Boston on May 23 in order to weigh the drugs allegedly sold by the defendant in this case;

2. The weight of the drugs may determine whether this case will result in a plea or trial;

3. Counsel are discussing the issue of the government's 851 enhancement which, if resolved, may determine whether this case will result in a plea or a trial;

4. Two weeks ago defendant was moved by the United States Marshall's Service from Western Massachusetts to Rhode Island and defense counsel, due to trials and pending court hearings, has not had an opportunity to visit defendant;

5. Counsel are in the process of resolving discovery issues; and

6. Additional time of at least four weeks will result in a more meaningful case status.

1

PDF created with pdfFactory trial version www.pdffactory.com

Wherefore, counsel request that this Honorable Court continue the status conference.

| With Assent | Respectfully submitted, |
|---|---|
| /S/ | /S/ |
| _____ | _____ |
| Paul Hart Smyth, Esquire | Robert H. Astor, Esquire |
| Assistant United States Attorney | Attorney for Eduardo Pagan |
| Federal Building and Courthouse | 1441 Main Street, Suite 900 |
| 1550 Main Street, Room 310 | Springfield, MA 01103 |
| Springfield, MA 01103 | (413) 781-1144 |
| (413) 785-0235 | (413) 747-8044 FAX |
| (413) 785-0394 FAX | BBO# 023120 |

PDF created with pdfFactory trial version www.pdffactory.com