UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CRIMINAL NO.  05-30046 |
| | ) | |
| EDUARDO PAGAN | ) | |

**MOTION FOR FUNDS TO RETAIN CONNECTICUT ATTORNEY**

     Eduardo Pagan, the Defendant in the above-captioned criminal case, hereby moves the Court authorize $2,500 with which to hire a Connecticut attorney, for the purpose of evaluating the constitutionality of his 1999 prior conviction in Connecticut upon which the government has filed an enhancement for sentencing pursuant to Title 21 U.S.C. § 851. The purpose of this request is to assist the undersigned in his representation of the Defendant in this case.   The basis for this motion is set forth in the attached affidavit of counsel.

                                                            Respectfully submitted
                                                            Defendant Eduardo Pagan
                                                            By His Attorney,

Date:  June 6, 2006

                                                          _____
                                                          Robert H. Astor, Esquire
                                                          Attorney for Eduardo Pagan
                                                          1441 Main Street, Suite 900
                                                          Springfield, MA 01103
                                                          (413) 781-1144
                                                          (413) 747-8044 FAX
                                                          BBO# 023120

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | )  CRIMINAL NO. 05-30046 |
| | ) |
| EDUARDO PAGAN | ) |

AFFIDAVIT IN SUPPORT OF MOTION FOR FUNDS
TO RETAIN CONNECTICUT ATTORNEY

I, Robert H. Astor, am competent to testify to the matters herein and with personal knowledge do hereby declare:

1. I have been appointed pursuant to the Criminal Justice Act to represent Eduardo Pagan in the above-captioned criminal case.

2. Mr. Pagan is charged with distribution of more than five grams of crack cocaine and has a prior conviction. He therefore faces a minimum mandatory sentence of ten years imprisonment.

3. On or about March 28, 2005 the government filed an Information to Establish Prior Conviction (851 Enhancement).

4. After conducting some research defense counsel concludes that he requires the expertise of a Connecticut appellate attorney to determine what, if any, challenges can be raised regarding defendant's 1999 Connecticut conviction.

5. Counsel believes that $2,500, at most, will be sufficient to investigate and research issues surrounding defendant's Connecticut conviction.

Sworn to under the pains and penalties of perjury, this 6th day of June, 2005.

_____
Robert H. Astor, Esquire

## COMMONWEALTH OF MASSACHUSETTS

**HAMPDEN, SS**                                                    **DATE: June 6, 2006**

      Then personally appeared before me the above named Robert H. Astor, known to me, who acknowledged his signature on the foregoing affidavit represented his free act and deed.

                                                                _____
                                                                Notary Public Theresa A Selvoski
                                                                My Commission Expires 4/19/07