UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Criminal No. 05-30046-GAO** |
| **v.** ) | |
| ) | |
| ) | |
| **EDUARDO PAGAN,** ) | |
|     **Defendant.** ) | |

## GOVERNMENT'S MOTION FOR PERMISSION
## TO FILE GOVERNMENT'S RESPONSE THREE DAYS LATE

    The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves this court for permission to file its response to defndant's motion (Dkt. # 40) three days late. As grounds for this motion, the government states that the undersigned Assistant U.S. Attorney's father had open-heart surgery on July 27, 2006.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:  /s/ Paul Hart Smyth
_____
 Paul Hart Smyth
 Assistant U.S. Attorney

Dated: August 3, 2006