```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )
        v.                    )   CRIMINAL NO. 05-30046-MAP
                              )
EDUARDO PAGAN,                )
    Defendant.                )
                              )
```

**THE GOVERNMENT'S MOTION TO DISMISS THE INITIAL INDICTMENT**

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves for a dismissal on the original indictment in the above-captioned matter. The original indictment was rendered superfluous by a superseding indictment filed on December 8, 2005. The Defendant Pagan pled guilty to a superseding indictment on October 17, 2006, and was sentenced by this Court on January 24, 2007.

```
                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                          United States Attorney

                    By:   /s/ Paul Hart Smyth
                          _____
                          Paul Hart Smyth
                          Assistant U.S. Attorney
```

Dated: January 25, 2007

CERTIFICATE OF SERVICE

I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Paul Hart Smyth

Paul Hart Smyth
Assistant United States Attorney

Dated: January 25, 2007