UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 05-30046-GAO |
| | ) | |
| EDUARDO PAGAN | ) | |

**NOTICE OF APPEAL**

Pursuant to Rule 3 of the Federal Rules of Appellate Procedure, notice is hereby given that the defendant in the above case, being aggrieved by certain opinions, rulings, directions, and judgments of the Court, hereby appeals the following:

1. The court's allowance of the government's Sentencing Enhancement For Prior Conviction pursuant to 21. U.S.C. §851(a)(1); and

2. The sentence that the Honorable George A. O'Toole imposed on January 24, 2007.

Respectfully submitted,

/S/
_____
Robert H. Astor, Esquire
Attorney for Eduardo Pagan
1441 Main Street, Suite 900
Springfield, MA 01103
(413) 781-1144
(413) 747-8044 FAX
BBO# 023120

Dated: January 25, 2007

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | No. 05-30046-GAO |
| ) | |
| EDUARDO PAGAN   ) | |

## NOTICE OF APPEAL

Pursuant to Rule 3 of the Federal Rules of Appellate Procedure, notice is hereby given that the defendant in the above case, being aggrieved by certain opinions, rulings, directions, and judgments of the Court, hereby appeals the following:

1. The court's allowance of the government's Sentencing Enhancement For Prior Conviction pursuant to 21. U.S.C. §851(a)(1); and

2. The sentence that the Honorable George A. O'Toole imposed on January 24, 2007.

Respectfully submitted,

/S/
_____
Robert H. Astor, Esquire
Attorney for Eduardo Pagan
1441 Main Street, Suite 900
Springfield, MA 01103
(413) 781-1144
(413) 747-8044 FAX
BBO# 023120

Dated: January 25, 2007