United States Court of Appeals
For the First Circuit

No. _____

UNITED STATES
Appellee

v.

Eduardo Pagan

Defendant-Appellant

FILED
CLERKS OFFICE

2007 FEB -7  P 12: 23

U.S. DISTRICT COURT
DISTRICT OF MASS.

## MOTION TO WITHDRAW AS APPELLATE COUNSEL

Now comes counsel in the above-titled matter and moves to withdraw as appellate counsel. In support of this Motion the undersigned states:

1. Defendant filed a Notice of Appeal on January 25, 2007;

2. The undersigned met with the appellant (Eduardo Pagan) on January 24, 2007 and Mr. Pagan has requested that another attorney be appointed to represent him on appeal. (A copy of a letter from Mr. Pagan and Form for Selection of Counsel on Appeal are enclosed respectively as Exhibits A and B);

3. A copy of this Motion to Withdraw has been forwarded to Mr. Pagan.

Wherefore, the undersigned moves to withdraw as appellate counsel.

Respectively submitted,

_____
By: Robert H. Astor, Esquire
Attorney for Defendant
1441 Main Street, Suite 900
Springfield, MA  01103
BBO #023120
(413) 781-1144
(413) 747-8044 FAX