January 24, 2007

Robert H. Astor, Esquire
1441 Main Street, Suite 900
Springfield, MA 01103

Re:  United States v. Eduardo Pagan
     Crim. Case No. 05-30046

Dear Mr. Astor:

    I hereby request that other counsel be appointed to handle my appeal in connection with the above-titled matter.

    Thank you.

*[signed]* Eduardo Pagan
Eduardo Pagan

# United States Court of Appeals
## For the First Circuit

Clerk's Office

**FORM FOR SELECTION OF COUNSEL ON APPEAL**

No. __05-300046-GAO__  Title: __U.S. v. Eduardo Pagan__

On appeal I wish to be represented in the following manner (please check one) :

____ I wish to represent myself and proceed as pro se.

____ I request that _____ who represented me in the District Court be appointed to represent me.

__✓__ I request that the Court appoint new counsel to represent me.

____ I have retained Attorney _____ to represent me.

Date: __1/24/07__

__Eduardo Pagan__
Name

_____
Reg. No.

__MCI - Cedar Junction__
Address

__Walpole, MA__
City, State, Zip Code

_[signature: Eduardo Pagan]_
Signature

Return to:   Clerk's Office
United States Court of Appeals for the First Circuit
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

Pursuant to Fed. R. App. P. 25, defendant must also serve a copy of this form on his/her current counsel and government's counsel.

**Failure to timely return this form to the Clerk's Office
may delay prosecution of your appeal.**